UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERALAL ALEXANDER NANDLAL,<br><br>Petitioner,<br><br>v.<br><br>THE STATE OF CALIFORNIA,<br><br>Respondent. | Case No. CV 23-7352 CBM (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is denied. Judgment shall be entered dismissing this action without prejudice pursuant to the *Younger* abstention doctrine and, in the alternative, for failure to exhaust.

    IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his current address of record.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: DECEMBER 14, 2023

                                  CONSUELO B. MARSHALL
                                  UNITED STATES DISTRICT JUDGE