JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERALAL ALEXANDER NANDLAL, | Case No. CV 23-7352 CBM (PVC) |
| Petitioner, | |
| v. | **JUDGMENT** |
| THE STATE OF CALIFORNIA, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated: DECEMBER 14, 2023

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE